UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:19-CR-00084-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS TREMAINE HYMAN | ) | |

THIS CAUSE came on to be heard and was heard upon the Motion to Seal. The Court is of the opinion in this Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Seal be granted.

Respectfully submitted this the **27** day of August, 2020.

*/s/ Dever*

JAMES C. DEVER, III
United States District Judge